McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

FILED
SEP - 8 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:05 - CR - 0363 EJG

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. S- |
| Plaintiff, | ORDER TO SEAL |
| v. | (UNDER SEAL) |
| CYRIL CRAIG OWENS, | |
| Defendant. | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney KENNETH J. MELIKIAN to Seal the Indictment, and the Order in the above-referenced case shall be sealed until the arrest of the defendant or until further order of the Court.

SO ORDERED.

DATED: Sept-8, 2005

GREGORY G. HOLLOWS
HONORABLE GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

1