**FILED**

November 21, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                              )
       Plaintiff,             )
v.                              )
                              )
CYRIL CRAIG OWENS,        )
                              )
       Defendant.       )

Case No. CR S-05-0363 EJG

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release _CYRIL CRAIG OWENS_ , Case No. _CR S-05-0363 EJG_ , Charge _18 USC § 1542_ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    X     Release on Personal Recognizance

           Bail Posted in the Sum of $_____

                  Unsecured Appearance Bond $_____

                  Appearance Bond with 10% Deposit

                  Appearance Bond with Surety

                  Corporate Surety Bail Bond

           X    (Other) _Surrender Passport by 11/23/05 Close of business._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _November 21, 2005_ at _2:20 p.m._ .

By _____

Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal