1  MALCOLM S. SEGAL (075481)
   SEGAL & KIRBY
2  770 L Street, Suite 1440
   Sacramento, CA 95814
3  Telephone: (916) 441-0828
   Facsimile:  (916) 446-6003
4

5  Attorneys for Defendant
   Cyril Craig Owens



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>CYRIL CRAIG OWENS<br><br>      Defendant.<br>_____/ | CR S 05-0363 EJG<br><br>**STIPULATION AND PROPOSED ORDER REGARDING STATUS CONFERENCE CONTINUANCE** |



     Defendant Cyril Craig Owens, through his counsel of record, Malcolm Segal, and plaintiff United States of America, through its counsel, Assistant United States Attorney Kenneth J. Melikian, agree and stipulate that the status conference set for January 13, 2006, may be continued to March 17, 2006, at 10:00 a.m., in order to permit the defense to investigate, review and complete the exchange of discovery, and prepare the case for further proceedings.

     This case continues to be complex within the meaning of the Speedy Trial Act due to the complexity of the legal and factual issues, and the need of defense counsel to review discovery and conduct a defense investigation. In particular, counsel must obtain and review discovery documents and investigate to further the defense of alleged conduct which allegedly transpired a number of years ago in the application for and obtaining of United States passports. Accordingly, the

-1-

1 time between the scheduled court appearance on January 13, 2006, and the
2 status conference on March 17, 2006 should continue to be excluded from the
3 calculation of time pursuant to the Speedy Trial Act, due to complexity and the
4 need of counsel to prepare. 18 U.S.C. §3161 (h) (8) (B) (ii) and (iv) [Local Codes
5 T2/T4].

6

7 Dated: December 30, 2005        By: /s/
                                      MALCOLM S. SEGAL
8                                     SEGAL & KIRBY
                                      Attorneys for Defendant CYRIL
9                                     CRAIG OWENS

10

11 Dated: December 30, 2005       By: /s/
                                      KENNETH J. MELIKIAN
12                                    Assistant United States Attorney

13

14 IT IS SO ORDERED.

15

16 Dated:  Jan 9 , 2006

17

18                               _____
                                 EDWARD J. GARCIA
19                               UNITED STATES DISTRICT COURT JUDGE

20
21
22
23
24
25
26
27
28