1   MALCOLM S. SEGAL (075481)
    SEGAL & KIRBY
2   770 L Street, Suite 1440
    Sacramento, CA  95814
3   Telephone: (916) 441-0828
    Facsimile:  (916) 446-6003
4

5   Attorneys for Defendant
    Cyril Craig Owens
6

7
                  IN THE UNITED STATES DISTRICT COURT FOR THE
8
                          EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,              CR S 05-0363 EJG

11                                         **STIPULATION AND ORDER**
                  Plaintiff,               **REGARDING STATUS**
12                                         **CONFERENCE CONTINUANCE**
    vs.
13
    CYRIL CRAIG OWENS
14
                  Defendant.
15  _____/

16

17        Defendant Cyril Craig Owens, through his counsel of record, Malcolm

18  Segal, and plaintiff United States of America, through its counsel, Assistant United

19  States Attorney Kenneth J. Melikian, agree and stipulate that the status

20  conference set for March 17, 2006, may be continued to May 12, 2006, at 10:00

21  a.m., in order to permit the defense to investigate, review and complete the

22  exchange of discovery, and prepare the case for further proceedings.

23        This case continues to be complex within the meaning of the Speedy Trial

24  Act due to the complexity of the legal and factual issues, and the need of defense

25  counsel to review discovery and conduct a defense investigation.  In particular,

26  counsel must obtain and review discovery documents and investigate to further

27  the defense of alleged conduct which allegedly transpired a number of years ago

28  in the application for and obtaining of United States passports.  Accordingly, the

-1-

1  time between the scheduled court appearance on March 17, 2006, and the status

2  conference on May 12, 2006 should continue to be excluded from the calculation

3  of time pursuant to the Speedy Trial Act, due to complexity and the need of

4  counsel to prepare. 18 U.S.C. §3161 (h) (8) (B) (ii) and (iv) [Local Codes T2/T4].

5

6

7  Dated: _____, 2006          By:  /s/ Malcolm S. Segal
                                               MALCOLM S. SEGAL
8                                              SEGAL & KIRBY
                                               Attorneys for Defendant CYRIL
9                                              CRAIG OWENS

10

11 Dated: _____, 2006          By:  /s/ Kenneth J. Melikian
                                               KENNETH J. MELIKIAN
12                                             Assistant United States Attorney

13

14 IT IS SO ORDERED.

15

16 Dated: March 13, 2006

17

18                                        /s/ Edward J. Garcia
                                          EDWARD J. GARCIA
19                                        UNITED STATES DISTRICT COURT JUDGE

20

21

22

23

24

25

26

27

28