MALCOLM S. SEGAL (075481)
SEGAL & KIRBY
770 L Street, Suite 1440
Sacramento, CA  95814
Telephone: (916) 441-0828
Facsimile:  (916) 446-6003

Attorneys for Defendant
Cyril Craig Owens

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR S 05-0363 EJG |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER REGARDING STATUS CONFERENCE CONTINUANCE** |
| vs. | |
| CYRIL CRAIG OWENS | |
| Defendant._____/ | |

Defendant Cyril Craig Owens, through his counsel of record, Malcolm Segal, and plaintiff United States of America, through its counsel, Assistant United States Attorney Kenneth J. Melikian, agree and stipulate that the status conference set for June 23, 2006, may be continued to July 21, 2006, at 10:00 a.m., in order to permit the defense to investigate, review and complete the exchange of discovery, and prepare the case for further proceedings.

This case continues to be complex within the meaning of the Speedy Trial Act due to the complexity of the legal and factual issues, and the need of defense counsel to review discovery and conduct a defense investigation.  In particular, counsel must investigate to further the defense of alleged conduct which allegedly transpired a number of years ago  in the application for and obtaining of United States passports.  Accordingly, the time between the scheduled court appearance

-1-

1  on June 23, 2006, and the status conference on July 21, 2006 should continue to
2  be excluded from the calculation of time pursuant to the Speedy Trial Act, due to
3  complexity and the need of counsel to prepare. 18 U.S.C. §3161 (h) (8) (B) (ii) and
4  (iv) [Local Codes T2/T4].

6  Dated: June 20, 2006                    By:  /s/ Malcolm S. Segal
7                                               MALCOLM S. SEGAL
                                                 SEGAL & KIRBY
                                                 Attorneys for Defendant CYRIL
8                                                CRAIG OWENS

10 Dated: June 20, 2006                    By:  /s/ Kenneth J. Melikian
                                                 KENNETH J. MELIKIAN
11                                               Assistant United States Attorney

13 IT IS SO ORDERED.

15 Dated: June 20, 2006

17                                         /s/ Edward J. Garcia
                                           EDWARD J. GARCIA
18                                         UNITED STATES DISTRICT COURT JUDGE