MALCOLM S. SEGAL (075481)
SEGAL & KIRBY
770 L Street, Suite 1440
Sacramento, CA 95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003

Attorneys for Defendant
Cyril Craig Owens

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR S 05-0363 EJG |
| Plaintiff, | **STIPULATION AND ORDER REGARDING RETURN OF PASSPORT** |
| vs. | |
| CYRIL CRAIG OWENS | |
| Defendant. / | |

Defendant Cyril Craig Owens, through his counsel of record, Malcolm Segal, and plaintiff United States of America, through its counsel, Assistant United States Attorney Kenneth J. Melikian, agree and stipulate that Defendant's passport, previously surrendered to the Clerk of the Court on November 23, 2005, may be returned to Defendant.

Dated: July 31, 2006      By: /s/ Malcolm S. Segal
                                MALCOLM S. SEGAL
                                SEGAL & KIRBY
                                Attorneys for Defendant CYRIL
                                CRAIG OWENS

Dated: July 31, 2006      By: /s/ Kenneth J. Melikian
                                KENNETH J. MELIKIAN
                                Assistant United States Attorney

-1-

1  IT IS SO ORDERED.

2  DATED: August 1, 2006.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

8  Ddad1/orders.criminal/owens0363.stipord