McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  916-554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-05-363 EJG |
| | ) | |
| Plaintiff, | ) | MOTION AND ORDER |
| | ) | DISMISSING INDICTMENT |
| v. | ) | |
| | ) | |
| CYRIL CRAIG OWENS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The United States of America, by and through its undersigned attorney, Kenneth J. Melikian, Assistant United States Attorney, respectfully requests that this Court dismiss the above-captioned Indictment, with prejudice, against defendant CYRIL CRAIG OWENS.

In this case, the defendant has pled guilty to the sole count in a Superseding Information alleging a violation of 18 U.S.C. § 1028(a)(6).  Pursuant to the plea agreement filed with the court, this motion is made pursuant to the provisions of Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: August 1, 2006                McGREGOR W. SCOTT
                                     United States Attorney


                                     By:/s/ Kenneth J. Melikian
                                        KENNETH J. MELIKIAN
                                        Assistant U.S. Attorney

1

<u>O R D E R</u>

IT IS ORDERED THAT the above-captioned Indictment be and is hereby dismissed, with prejudice, against CYRIL CRAIG OWENS.

DATED: August 2, 2006               /s/ Edward J. Garcia`
                                    EDWARD J. GARCIA
                                    United States District Judge